# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**William R. Tellado
Member
Direct Dial: 973-643-5167
Email: wtellado@sillscummis.com**

100 Overlook Center, 2nd Floor
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

July 15, 2020

**<u>Via ECF</u>**
Clerk of the District Court
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:** *Wilmington Sav. Fund Soc., FSB v. Levine, et al.*
> <u>**Civil Action No. 19-cv-18137-MCA-LDW**</u>

Dear Sir/Madam:

　　We represent Colliers International NJ LLC, the Court-Appointed Receiver in this action. Pursuant to Paragraphs 21 and 23 of the Court's December 4, 2019 Order (ECF No. 76), enclosed are the Monthly Reports for the properties at issue in this action, and a legal addendum.

　　We thank the Court for considering this matter.

Respectfully submitted,

*/s/ William R. Tellado*

William R. Tellado

Enclosures

cc:　　All counsel of record (by ECF)